UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 01-6349

ROBERT ANDREW BARTLETT, SR.,

Plaintiff - Appellant,

versus

JAMES RYAN; ALAMANCE REGIONAL MEDICAL CENTER,
INCORPORATED; NANCY KELLY; GEORGE MELONE;
DAVID HARRIS,

Defendants - Appellees.

Appeal from the United States District Court for the Middle District of North Carolina, at Durham. James A. Beaty, Jr., District Judge. (CA-00-233-1)

Submitted: July 12, 2001        Decided: July 19, 2001

Before WILLIAMS, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert Andrew Bartlett, Sr., Appellant Pro Se. Demetrius LaVonne Worley, TUGGLE, DUGGINS & MESCHAN, P.A., Greensboro, North Carolina; Joseph Paul Booth, III, SHARPLESS & STAVOLA, P.A., Greensboro, North Carolina; Alan William Duncan, Lisa Frye Garrison, SMITH, HELMS, MULLISS & MOORE, L.L.P., Greensboro, North Carolina; David Harris, Graham, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert Andrew Bartlett, Sr., appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Bartlett v. Ryan</u>, No. CA-00-233-1 (M.D.N.C. Jan. 22, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>